IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY LEE HONAKER,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>            Defendant. | Case No. 11-CV-341-FHM |

## OPINION AND ORDER

A scheduling order was entered in this case on September 19, 2011. [Dkt. 8]. In accordance with the schedule, the Commissioner timely filed his answer [Dkt. 11] and the administrative transcript. [Dkt. 12]. Plaintiff's opening brief was due on or before February 21, 2012. To date, no brief has been filed on Plaintiff's behalf.

Plaintiff is HEREBY ORDERED to file a pleading on or before August 8, 2012, showing cause why this case should not be dismissed for failure to comply with the scheduling order. Fed. R. Civ. P. 16(f)(1)(C).

SO ORDERED this 2nd day of August, 2012.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE