IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY LEE HONAKER,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security Administration,<br><br>     Defendant. | Case No. 11-CV-341-FHM |

## OPINION AND ORDER

Plaintiff's Motion to Dismiss Without Prejudice [Dkt. 14] is unopposed and is HEREBY GRANTED.

SO ORDERED this 7th day of August, 2012.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE