IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

TAMMY LEE HONAKER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

Case No. 11-CV-341-FHM

## OPINION AND ORDER

Plaintiff's Motion to Dismiss Without Prejudice [Dkt. 14] is unopposed and is HEREBY GRANTED.

SO ORDERED this 7th day of August, 2012.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE